IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JESUS ANDRES MIMBELA-LUGO,

    Petitioner,

v.                                                     No. 21-cv-747-MV-KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte* in connection Petitioner Jesus Andres Mimbela-Lugo's pro se Motion for Hardship Credit for Hard Time Served. (Doc. 1).

Petitioner's address of record is the Giles W. Dalby Federal Correctional Facility in Post, Texas. A search on the Bureau of Prison's website of Petitioner's name and his inmate number, shows that Petitioner was released from custody on September 1, 2021. *See* https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results (Last visited on 1/11/2023). Though it appears that Petitioner is no longer receiving mail at the Giles W. Dalby Federal Correctional Facility, the Court has not been notified of his new address. Pursuant to Local Rules of Civil Procedure of the United States District Court for the District of New Mexico Rule 83.6, *pro se* parties have "a continuing duty to notify the Clerk, in writing, of any change in their mailing address[.]" It is incumbent on pro se litigants to follow the local procedural rules. *Brandenburg v. Beaman*, 632, F.2d 120, 122 (10th Cir. 1980). Because Petitioner has failed to comply with Local Rule 83.6, he will be required to show cause why this action should not be dismissed.

**IT IS HEREBY ORDERED** that Petitioner must notify the Court in writing of his new address within thirty days of the entry of this order or show cause in writing why this proceeding

should not be dismissed. Failure to timely comply with this Order may result in dismissal without further notice.

_____
United States Magistrate Judge